UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| PRAMCO II, LLC<br><br>Plaintiff,<br><br>v.<br><br>VAELLO SHIPYARD, INC GUILLERMO VAELLO RODRIGUEZ AND MARIA MERCEDES PEREZ GUZMAN and the Legal Conjugal Partnership composed by them, DOCKSIDE MARINE CONTRACTORS, INC., MARINA BENIDORM, INC.<br><br>Defendants. | CIVIL NO. 03-1083 (JAG) (JA)<br><br>RE: FORECLOSURE OF MORTGAGE |

## ORDER OF EXECUTION OF PERSONAL PROPERTY

Upon plaintiff's Motion for Execution of the Judgment entered by this Court on December 17, 2003, and it appearing from the records of this Court and from plaintiff's motion that the defendant failed to pay the plaintiff in full the sums of money adjudged to be paid under the said judgment, and it appearing further that more than ten (10) days have elapsed from the entry of judgment;

**IT IS HEREBY ORDERED** that cash, checks, monies in banks or other institutions, accounts receivable, promissory notes, stock, bonds, equipment, securities, and any other property of Vaello Shipyard, Guillermo Vaello Rodriguez and Maria Mercedes Perez Guzman and the Legal Conjugal Partnership composed by them subject to execution, up to a value of Two Hundred Forty One Thousand Six Hundred Sixty Six Dollars ($241,666.00) in principal, accrued interest in the amount of One Hundred Thirteen Thousand Twenty Eight Dollars and Three Cents ($113,028.03) as of

ORDER OF EXECUTION
Civil No. 03-1083 (JAG-JA)

September 26, 2001, which continue to accrue until full payment at the daily rate of 0.0188% ($45.31) (6.75% per annum) plus $25,000.00 for "additional advances" and $25,000.00 for "liquidated damages" and the costs and attorney's fees incurred in the execution of the Writ of Execution of Personal Property; it is further

**ORDERED** that the properties to be executed in compliance with this Order consist of those designated by the plaintiff in the manner provided for by the laws of Puerto Rico; it is further **ORDERED** that the Clerk of this Court issue a Writ of Execution of Personal Property, without bond, since the relief requested is subsequent to the entry of the above mentioned Judgment, directed to Ángel Ciro Betancourt a private party designated to execute the Writ of Execution of Personal Property in lieu of the U.S. Marshal, directing him to attach, garnish or seize any or all merchandise, funds, or other property of, or in the possession of Vaello Shipyard, Guillermo Vaello Rodriguez and Maria Mercedes Perez Guzman and the Legal Conjugal Partnership composed by them up to the value of: Two Hundred Forty One Thousand Six Hundred Sixty Six Dollars ($241,666.00) in principal, accrued interest in the amount of One Hundred Thirteen Thousand Twenty Eight Dollars and Three Cents ($113,028.03) as of September 26, 2001, which continue to accrue until full payment at the daily rate of 0.0188% ($45.31) (6.75% per annum) plus $25,000.00 for "additional advances" and $25,000.00 for "liquidated damages" in addition to the costs and attorney's fees incurred in the execution, as may be designated by the plaintiff, including property in the possession of other persons. All such property shall be seized and deposited with the custodian named in this Order; and in the event of garnishment, by giving notice of this Order to Vaello Shipyard, Guillermo Vaello Rodriguez and Maria Mercedes Perez Guzman and

ORDER OF EXECUTION
Civil No. 03-1083 (JAG-JA)

the Legal Conjugal Partnership composed by them and requiring the surrender of the property or payment of the money to Ángel Ciro Betancourt the private party designated in lieu of the U.S. Marshal. Ángel Ciro Betancourt is hereby authorized to break and open locks as may be necessary to execute this order; it is further **ORDERED** that Ángel Ciro Betancourt the private party designated in lieu of the U.S. Marshal shall thereafter file a return of execution describing the property, garnished or seized pursuant to this Order; it is further **ORDERED** that the custodian hereby appointed on request of the plaintiff shall also be: Ángel Ciro Betancourt, 1519 Ponce De León Avenue, 8th Floor, Suite 811, San Juan, Puerto Rico 00908.

**SO ORDERED.**

In San Juan, Puerto Rico, this ___ day of January 2005.
In San Juan, Puerto Rico, this 14th day of July 2005.

s/ Jay A. Garcia-Gregory
U.S. DISTRICT JUDGE